UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Raymond Orrand, *et al.*,

    Plaintiffs,

v.

Walters Excavating, *et al.*,

    Defendants.

Case No. 2:12–cv–389
Judge Michael H. Watson
Magistrate Judge Deavers

### ORDER

Plaintiffs move for attorneys' fees under the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. § 1132(g)(2). Mot. Attys'. Fees, ECF No. 35. On referral of the motion, ECF No. 37, Magistrate Judge Deavers issued a Report and Recommendation ("R&R") recommending that the Court grant Plaintiffs' motion and award attorneys' fees in the total amount of $29,424.75. R&R 3, ECF No. 38.

28 U.S.C. § 636(b)(1) advises the parties of their right to object within fourteen days of service of the R&R. 28 USC § 636(b)(1). The deadline for filing objections has passed, and none have been received. Accordingly, the Court **ADOPTS** the R&R and awards Plaintiffs attorneys' fees in the amount of $29,424.75.

    IT IS SO ORDERED.

*/s/ Michael H. Watson*
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT